**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : | **All Cases in Exhibit A** |

<u>**ORDER**</u>

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A

are GRANTED.  Accordingly, American College of Physicians, the National Committee for

Quality Assurance and the American College of Gynecologists and Obstetricians are

DISMISSED.

IT IS SO ORDERED this 20th day of January, 2009.


/s/ Wm. R.Wilson,Jr._____
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

4:08-cv-03838-WRW  Jarrell et al v. American Home Products Corporation et al

4:08-cv-03839-WRW  Javins et al v. American Home Products Corporation et al

4:08-cv-03841-WRW  Jarrell et al v. American Home Products Corporation et al

4:08-cv-03843-WRW  Jeffers et al v. American Home Products Corporation et al

4:08-cv-03844-WRW  Johnson v. American Home Products Corporation et al

4:08-cv-03846-WRW  Johnson et al v. American Home Products Corporation et al

4:08-cv-03847-WRW  Jordan et al v. American Home Products Corporation et al

4:08-cv-03849-WRW  Keith et al v. American Home Products Corporation et al

4:08-cv-03850-WRW  Kellar v. American Home Products Corporation et al

4:08-cv-03851-WRW  Kelly v. American Home Products Corporation et al

4:08-cv-03853-WRW  Kessinger v. American Home Products Corporation et al

4:08-cv-03854-WRW  Kimball et al v. American Home Products Corporation et al

4:08-cv-03856-WRW  King et al v. American Home Products Corporation et al

4:08-cv-03857-WRW  King v. American Home Products Corporation et al

4:08-cv-03858-WRW  Kinser v. American Home Products Corporation et al

4:08-cv-03859-WRW  Kittle et al v. American Home Products Corporation et al

4:08-cv-03860-WRW  Knight et al v. American Home Products Corporation et al

4:08-cv-03862-WRW  Koon v. American Home Products Corporation et al

4:08-cv-03863-WRW  Kozielec et al v. American Home Products Corporation et al

4:08-cv-03864-WRW  Lamb v. American Home Products Corporation et al

4:08-cv-03865-WRW  Lambert v. American Home Products Corporation et al

4:08-cv-03867-WRW  Lane et al v. American Home Products Corporation et al

4:08-cv-03868-WRW  Lane et al v. American Home Products Corporation et al

4:08-cv-03869-WRW  Lanham et al v. American Home Products Corporation et al

4:08-cv-03870-WRW  Lawrence v. American Home Products Corporation et al

4:08-cv-03871-WRW  Layton et al v. American Home Products Corporation et al

4:08-cv-03873-WRW  Lemaster v. American Home Products Corporation et al

4:08-cv-03874-WRW  Karnes et al v. American Home Products Corporation et al

4:08-cv-03875-WRW  Kassay et al v. American Home Products Corporation et al

4:08-cv-03876-WRW  Layfield et al v. American Home Products Corporation et al

4:08-cv-03877-WRW  Lemasters v. American Home Products Corporation et al

4:08-cv-03878-WRW  Lester-Houston et al v. American Home Products Corporation et al

4:08-cv-03879-WRW  Lester et al v. American Home Products Corporation et al

4:08-cv-03880-WRW  Underwood-Lewis et al v. American Home Products Corporation et al

4:08-cv-03882-WRW  Linkous v. American Home Products Corporation et al

4:08-cv-03884-WRW  Lively et al v. American Home Products Corporation et al

4:08-cv-03887-WRW  Looman v. American Home Products Corporation et al

4:08-cv-03888-WRW  Logan et al v. American Home Products Corporation et al

4:08-cv-03889-WRW  Lovejoy v. American Home Products Corporation et al

4:08-cv-03890-WRW  Lucion v. American Home Products Corporation et al

4:08-cv-03891-WRW  Lyons et al v. American Home Products Corporation et al

4:08-cv-03892-WRW  MacKnight et al v. American Home Products Corporation et al

4:08-cv-03893-WRW  Marcum et al v. American Home Products Corporation et al

4:08-cv-03894-WRW  Marshall et al v. American Home Products Corporation et al

4:08-cv-03895-WRW  Mason et al v. American Home Products Corporation et al

4:08-cv-03897-WRW  Maxwell v. American Home Products Corporation et al

4:08-cv-03898-WRW  May v. American Home Products Corporation et al

4:08-cv-03900-WRW  May v. American Home Products Corporation et al

4:08-cv-03901-WRW  Mayes et al v. American Home Products Corporation et al

4:08-cv-03902-WRW  Mayle et al v. American Home Products Corporation et al

4:08-cv-03903-WRW  Maynard et al v. American Home Products Corporation et al

4:08-cv-03904-WRW  Maynor et al v. American Home Products Corporation et al

4:08-cv-03905-WRW  Mayo et al v. American Home Products Corporation et al

4:08-cv-03906-WRW  McClure et al v. American Home Products Corporation et al

4:08-cv-03908-WRW  McCormick v. American Home Products Corporation et al

4:08-cv-03909-WRW  Ross et al v. American Home Products Corporation et al

4:08-cv-03911-WRW  Ross v. American Home Products Corporation et al

4:08-cv-03913-WRW  Roy et al v. American Home Products Corporation et al

4:08-cv-03914-WRW  Runyan et al v. American Home Products Corporation et al

4:08-cv-03915-WRW  McManaman et al v. American Home Products Corporation et al

4:08-cv-03916-WRW  McMillion v. American Home Products Corporation et al

4:08-cv-03918-WRW  Samples v. American Home Products Corporation et al

4:08-cv-03919-WRW  Sams v. American Home Products Corporation et al

4:08-cv-03920-WRW  Sarrett et al v. American Home Products Corporation et al

4:08-cv-03921-WRW  Satterfield v. American Home Products Corporation et al

4:08-cv-03922-WRW  Saunders et al v. American Home Products Corporation et al

4:08-cv-03923-WRW  Saunders et al v. American Home Products Corporation et al

4:08-cv-03924-WRW  Scaggs et al v. American Home Products Corporation et al

4:08-cv-03954-WRW  White et al v. American Home Products Corporation et al

4:08-cv-03956-WRW  Means et al v. American Home Products Corporation et al

4:08-cv-03962-WRW  Metz et al v. American Home Products Corporation et al

4:08-cv-03963-WRW   Metts v. American Home Products Corporation et al

4:08-cv-03967-WRW   Midkiff v. American Home Products Corporation et al

4:08-cv-03969-WRW   Milam et al v. American Home Products Corporation et al

4:08-cv-03973-WRW   Miller v. American Home Products Corporation et al

4:08-cv-03975-WRW   Miller v. American Home Products Corporation et al

4:08-cv-03977-WRW   Miller et al v. American Home Products Corporation et al

4:08-cv-03982-WRW   Miller et al v. American Home Products Corporation et al

4:08-cv-03983-WRW   Moncrief et al v. American Home Products Corporation et al

4:08-cv-03985-WRW   Mitchell v. American Home Products Corporation et al

4:08-cv-03987-WRW   Monroe et al v. American Home Products Corporation et al

4:08-cv-03989-WRW   Monty v. American Home Products Corporation et al

4:08-cv-03990-WRW   Thompson et al v. American Home Products Corporation et al

4:08-cv-03991-WRW   Morgan et al v. American Home Products Corporation et al

4:08-cv-03996-WRW   Murphy v. American Home Products Corporation et al

4:08-cv-03998-WRW   Murphy v. American Home Products Corporation et al

4:08-cv-04001-WRW   Muncy v. American Home Products Corporation et al

4:08-cv-04002-WRW   Mullins et al v. American Home Products Corporation et al

4:08-cv-04004-WRW   Mounts v. American Home Products Corporation et al

4:08-cv-04006-WRW   Mounts v. American Home Products Corporation et al

4:08-cv-04010-WRW   Newman et al v. American Home Products Corporation et al

4:08-cv-04011-WRW   Nichols et al v. American Home Products Corporation et al

4:08-cv-04012-WRW   Neace et al v. American Home Products Corporation et al

4:08-cv-04014-WRW   Murphy et al v. American Home Products Corporation et al

4:08-cv-04018-WRW   Napier et al v. American Home Products Corporation et al

4:08-cv-04020-WRW  Mutters et al v. American Home Products Corporation et al

4:08-cv-04026-WRW  Null v. American Home Products Corporation et al

4:08-cv-04029-WRW  Nutter v. American Home Products Corporation et al

4:08-cv-04031-WRW  Nutter v. American Home Products Corporation et al

4:08-cv-04034-WRW  Nutter v. American Home Products Corporation et al

4:08-cv-04039-WRW  Overbaugh et al v. American Home Products Corporation et al

4:08-cv-04043-WRW  Pack et al v. American Home Products Corporation et al

4:08-cv-04048-WRW  Painter et al v. American Home Products Corporation et al

4:08-cv-04051-WRW  Pauley et al v. American Home Products Corporation et al

4:08-cv-04053-WRW  Paxton v. American Home Products Corporation et al

4:08-cv-04056-WRW  Payne et al v. American Home Products Corporation et al

4:08-cv-04062-WRW  Pemberton et al v. American Home Products Corporation et al

4:08-cv-04065-WRW  Pennington et al v. American Home Products Corporation et al

4:08-cv-04067-WRW  Perkins et al v. American Home Products Corporation et al

4:08-cv-04069-WRW  Perrine et al v. American Home Products Corporation et al

4:08-cv-04071-WRW  Perry et al v. American Home Products Corporation et al

4:08-cv-04078-WRW  Perry v. American Home Products Corporation et al

4:08-cv-04080-WRW  Perry et al v. American Home Products Corporation et al

4:08-cv-04081-WRW  Peters v. American Home Products Corporation et al